IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| PAULO M. DOMINGUEZ, #687259 | § | |
| VS. | § | CIVIL ACTION NO. 6:13CV320 |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Judith K. Guthrie. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

ORDERED that the petition for a writ of habeas corpus is **DENIED** and the case is **DISMISSED** without prejudice as successively filed. Petitioner may refile his petition at such time, and only at such time, as he obtains leave from the Fifth Circuit Court of Appeals to file a successive petition. 28 U.S.C. § 2244(b)(3). A certificate of appealability is **DENIED** for any other reason. All motions by either party not previously ruled on are hereby **DENIED**.

So ORDERED and SIGNED this 8th day of July, 2013.

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**